U6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 1 0 1998**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TERRY NEWLAND, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. L-97-133 |
| | § | |
| WAYNE SCOTT, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Based on the unopposed recommendation of Magistrate Judge Notzon, filed January 21, 1998, it is ORDERED that the complaint, insofar as it pertains to Plaintiffs Anthony Jones and Charles O. Tapp, is DISMISSED for want of prosecution. The case shall remain pending with respect to Plaintiffs Terry Newland and Leroy Hudson.

DONE at Laredo, Texas, this 10th day of February, 1998.

_George P. Kazen_
Chief United States District Judge